# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21MU53 |
| COURTNEY A. BROOKS, d.o.b. XX/XX/98 | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* COURTNEY A. BROOKS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: On or about April 7, 2021, in the State and Eastern District of Wisconsin, COURTNEY A. BROOKS possessed with the intent to distribute 50 grams or more of methamphetamine. COUNT 2: On or about April 7, 2021, in the State and Eastern District of Wisconsin, BROOKS knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count One. COUNT 3: On or about March 10, 2021, in the State and Eastern District of Wisconsin, BROOKS knowingly sold a firearm to a felon. COUNTS 3-6: On or about February 16, 2021, February 17, 2021, and March 2, 2021, in the State and Eastern District of Wisconsin, BROOKS knowingly distributed methamphetamine.

Date: 4/9/2021

City and state: Green Bay, WI

U.S. Magistrate Judge Hon. James R. Sickel

### Return

This warrant was received on *(date)* 4/9/2021, and the person was arrested on *(date)* 4/13/2021
at *(city and state)* OSHKOSH, WI

Date: 4/13/2021

Bryan Friedrich DUSM
*Printed name and title*